IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SAMMIE HENRY PETTIS, # 72630**                                                    **PLAINTIFF**

v.                                                                  CIVIL NO. 1:19cv356-HSO-JCG

**PELICIA HALL, JOE ARRINGTON,**
**and ANDREW MILLS**                                                               **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is dismissed as malicious. This dismissal is with prejudice as to the pending actions of *Pettis v. Hall*, civil action number 1:19cv127-LG-RHW; *Pettis v. Hall*, civil action number 1:19cv354-HSO-JCG; *Pettis v. Hall*, civil action number 1:19cv355-LG-RHW; and *Pettis v. Hall*, civil action number 1:19cv357-LG-RHW, and with prejudice in all other respects.

**SO ORDERED AND ADJUDGED**, this the 8th day of October, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE